NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOHN M. KILGORE,                    )
                                    )
        Appellant,                  )
                                    )
v.                                  )        Case No. 2D17-2164
                                    )
DENISE A. DOUGLAS, as personal      )
representative of the Estate of     )
Dreka Andrews; BANK OF NEW          )
YORK MELLON, f/k/a BANK OF NEW      )
YORK, as trustee for the            )
Certificateholders of the CWABS, Inc., )
Asset-backed Certificates, Series   )
2006-18; and REXANNE SMITH a/k/a    )
REXANNE SMITH WILLIAMS,             )
                                    )
        Appellees.                  )
_____ )

Opinion filed April 20, 2018.

Appeal from the Circuit Court for
Hillsborough County; Perry A. Little, Senior
Judge.

John. M. Kilgore, pro se.

T. Patton Youngblood, Jr., of Youngblood
Law Firm, St. Petersburg, for Appellee
Denise A. Douglas.

David Rosenberg of Robertson,
Anschutz & Schneid, P.L., Boca Raton,
for Appellee Bank of New York Mellon.

No appearance for Rexanne Smith.

PER CURIAM.

Affirmed.

CASANUEVA, VILLANTI, and BLACK, JJ., Concur.